# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 417 |
| | : | |
| ORDER AMENDING RULE 206 OF THE PENNSYLVANIA RULES OF CIVIL PROCEDURE BEFORE MAGISTERIAL DISTRICT JUDGES | : : : : : : | MAGISTERIAL RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2018, upon the recommendation of the Minor Court Rules Committee, the proposal having been published for public comment at 47 Pa.B. 4682 (August 12, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 206 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 6, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.